United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

           Plaintiff,

    v.

CITY OF CONCORD, et al.,

           Defendants.

Case No. 20-cv-02432-JD

**JUDGMENT**

On defendants' motions to dismiss the second amended complaint under Federal Rule of Civil Procedure 12(b)(6), the Court dismissed counts one through four with prejudice, and counts five through nine without prejudice.  Dkt. No. 62.  Pursuant to FRCP 58, the Court enters judgment against plaintiff Jane Doe, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 14, 2022

_____
JAMES DONATO
United States District Judge