UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, | No.    22-15384 |
| Plaintiff-Appellant, | |
| v. | D.C. No. 3:20-cv-02432-JD<br>Northern District of California,<br>San Francisco |
| CITY OF CONCORD; et al., | ORDER |
| Defendants-Appellees. | |

Before:  SCHROEDER, BERZON, and OWENS, Circuit Judges.

The opening brief filed on May 13, 2022, and the responses to the June 13, 2022 order demonstrate that this appeal involves non-frivolous issues.  The order to show cause is therefore discharged, and appellant's motion to proceed in forma pauperis (Docket Entry No. 10) is granted.  *See* 28 U.S.C. § 1915(a).  The Clerk will amend the docket to reflect appellant's in forma pauperis status.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 2).

The opening brief has been filed.  The answering brief is due September 18, 2023.  The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel and did not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of

OSA159

the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See* 9th Cir. R. 30-1.3.